■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAMELA ZIMBA, Appellant. [33 NYS3d 745]—Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Warhit, J.), rendered February 26, 2013, convicting her of burglary in the first degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The record demonstrates that the defendant knowingly, voluntarily, and intelligently waived her right to appeal (*see People v Sanders*, 25 NY3d 337, 339-342 [2015]; *People v Lopez*, 6 NY3d 248, 256-257 [2006]). The defendant's valid waiver of the right to appeal forecloses review of her contention that the sentence was excessive (*see People v Lopez*, 6 NY3d at 255-256). Leventhal, J.P., Dickerson, Sgroi and Cohen, JJ., concur.